UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PATRICIA FETE,                    )
                                  )
            Plaintiff,            )
                                  )
       vs.                        )        No. 4:06-CV-1220 (CEJ)
                                  )
HOME DEPOT U.S.A., INC.           )
                                  )
            Defendant.            )

## <u>ORDER OF DISMISSAL</u>

In accordance with the stipulation of the parties,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **dismissed with prejudice**.  The parties shall bear their own costs.


_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE



Dated this 3rd day of October, 2006.